**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Case 4:15−cr−00402 |
| Simone Swenson | § | |

# Notice of Reassignment

      Pursuant to Appeal Order from 17−20131 Fifth Circuit Court of Appeals, this case is reassigned to the docket of United States District Chief Judge Lee H Rosenthal. All court settings are vacated

Date: July 5, 2018

David J. Bradley, Clerk