**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-402 |
| | § | |
| SIMONE SWENSON | § | |

**O R D E R**

The court held a status conference in this case on July 26, 2018. The court finds that the interests of justice are served by granting a continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The docket control order is as follows:

| | |
|---|---|
| Motions are to be filed by: | February 1, 2019 |
| Responses are to be filed by: | February 22, 2019 |
| Final Pretrial Conference is set for**:** | **March 25, 2019 at 9:00 a.m.** |
| Jury Selection will be held on: | **March 29, 2019 at 9:00 a.m.** |
| Jury Trial will start on: | **April 1, 2019 at 9:00 a.m.** |

SIGNED on July 30, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge