United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-15-402 |
| | § | |
| SIMONE SWENSON | § | |

**ORDER GRANTING MOTION
FOR REDUCTION UNDER COMAPSSIOANTE RELEASE**

Defendant Simone Swenson filed a pro se motion for a reduction of her sentence under the compassionate release provision and to begin serving her supervised release portion of the sentence. (Docket Entry No. 281). Counsel for the government advises that it has no opposition to the motion. The court grants the motion and terminates the home detention portion of the remainder of her sentence. Ms Swenson must immediately contact the Probation Officer in charge of her case to begin serving the supervised release term and the conditions set out by Probation.

SIGNED on August 14, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge